DONALD R. SCHIEVE, APPELLANT, v. F. EVERETT WARREN, RESPONDENT.

No. 7004

June 13, 1973                              510 P.2d 1367

*Bissett & Logar,* of Reno, for Appellant.

*Sanford, Sanford & Fahrenkopf,* of Reno, for Respondent.

## OPINION

*Per Curiam:*

On appeal, a trial court's findings will not be set aside unless clearly erroneous. NRCP 52(a).

Affirmed.